IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHARLES WILLIS**                                                                                      **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:22-cv-48-TBM-RPM**

**WALTHALL COUNTY, MISSISSIPPI** *and*
**VERNON ALFORD,**
*officially and individually*                                                              **DEFENDANTS**

## ORDER

This matter came before the Court on Defendant's Motion [3] to Dismiss and Plaintiff's Motion [8] for Temporary Restraining Order, or Motion [8] for Preliminary Injunction on June 6, 2022. At the hearing conducted in this matter on June 6, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court will take the Motion [3] to Dismiss under advisement. The Court concluded that the Plaintiff's [8] Motion for Temporary Restraining Order, or Motion [8] for Preliminary Injunction should be denied without prejudice. Plaintiff's *ore tenus* Motion for Judgment on the Pleadings was denied without prejudice.

IT IS THEREFORE, ORDERED AND ADJUDGED, that, for the reasons stated on the record at the hearing held on June 6, 2022, Defendant's Motion [3] to Dismiss will be taken under advisement.

IT IS FURTHER ORDERED that Plaintiff's Motion [8] for Temporary Restraining Order, or Motion [8] for Preliminary Injunction is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's *ore tenus* Motion for Judgment on the Pleadings was denied WITHOUT PREJUDICE.

THIS, the 7th day of June, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE